UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:03-cr-298-T-23TBM

LENIN V. PEREZ
JOSEPH ANTHONY GONZALEZ
                                                                      /

**ORDER**

Joseph Anthony Gonzalez filed a "Second Motion to Unseal or Compel Disclosure of Affidavit in Support of Search Warrant for Premises Known as 3205 West Leroy Street, Tampa, Florida" (Doc. 93).  The United States responded that it has "no objection to the unsealing of the Affidavit in support of the search warrant" (Doc. 97).  Accordingly, the motion (Doc. 93) is **GRANTED**.  The Clerk shall unseal the affidavit.

ORDERED in Tampa, Florida, on June 1, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE